# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                         Case No.: 1:23−cr−00017

                                         Honorable John F. Kness

Antoine Larry, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 13, 2026:

      MINUTE entry before the Honorable John F. Kness as to Antoine Larry: By request and agreement of the parties, the sentencing hearing set for 4/22/2026 is stricken and reset for 5/21/2026 at 1:30 P.M. Sentencing memoranda making objections to the presentence report and discussing 18 U.S.C. §3553(a) factors must be filed (in one combined filing per side) by 5/7/2026. Any responses to be filed by 5/14/2026. Failure to file the memoranda by those deadlines risks waiver of any objections to the presentence report. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.