UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                                  )        No. 23 CR 17

vs.                    )
                                  )        Hon. John F. Kness
                                  )

ANTOINE LARRY             )

## **MOTION TO FILE REPLY INSTANTER**

COMES NOW the defendant, ANTOINE LARRY, by and through his attorney Beau B. Brindley, and asks this Honorable Court to accept the untimely filing of his reply regarding post-trial motions *instanter.* In supports: he states as follows:

Sentencing is now scheduled for May 21, 2026.

Following the Court granting separate motions for extensions of time to each side, the government filed its response to Mr. Larry's post-trial motions on April 3, 2026. While the Court did not directly set a new deadline for a reply when it permitted the government's extension, a reasonable inference would be that the reply was expected, if not by April 7, 2026, at least by April 10, 2026.

The undersigned did not timely complete and file a reply, nor a request for an extension of time. Following a serious viral muscular infection that required an emergency room visit, and repeated hospitalization and doctor's visits for his 4-year-old son, the undersigned has recently experienced unrelated serious illness of his own. The undersigned contracted a respiratory infection that exacerbated a chronic underlying respiratory condition and required medical treatment and a significantly reduced workload over the last several weeks. Between his son's illness and his own, the undersigned frankly overlooked the necessity of completing Mr. Larry's reply or at least requesting an extension

1

of time to do so. The undersigned apologizes for this oversight and asks that the Court not

hold it against Mr. Larry. The reply is being filed now, nearly a month before sentencing,

and Mr. Larry requests that it be permitted and considered.

WHEREFORE, the undersigned asks that this Court accept the untimely filing of

his reply brief *instanter*.


Respectfully submitted,

By: s/ Beau B. Brindley

Beau B. Brindley
LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd. Suite 1410
Chicago, Illinois 60604
(312) 765-8878